United States District Court
Southern District of Texas
**ENTERED**
August 16, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JESUS GARCIA-ACOSTA, <br> Petitioner, | § § § | |
| VS. | § § | CIVIL ACTION NO. B-16-091 <br> (CRIMINAL NO. B-13-398-1) |
| UNITED STATES OF AMERICA, <br> Respondent. | § § § | |

# ORDER

On July 13, 2016, the United States Magistrate Judge filed a Report and Recommendation [Doc. No. 5]. Petitioner Jesus Garcia-Acosta has objected [Doc. No. 8] to said Report and Recommendation.

Having considered *de novo* the Magistrate Judge's Report and Recommendation and the issues raised by Petitioner's objections, the Court hereby adopts the Magistrate Judge's Report and Recommendation [Doc. No. 5]. Therefore, Petitioner Garcia-Acosta's Motion to Vacate, Set Aside or Correct his Sentence pursuant to 28 U.S.C. § 2255 [Doc. No. 1] is denied as meritless and the issuance of a Certificate of Appealability is denied.

Signed this __16th__ day of August, 2016.

Andrew S. Hanen
United States District Judge